| | |
|---|---|
| 1 | **QUINTIN G. SHAMMAM (STATE BAR NO. 246926)** |
| | **LAW OFFICE OF QUINTIN G. SHAMMAM** |
| | **2221 CAMINO DEL RIO SOUTH, SUITE 207** |
| 2 | **SAN DIEGO, CALIFORNIA 92108** |
| | **TEL: (619) 444-0001** |
| 3 | **FAX: (619) 501-1119** |
| 4 | Attorney for Plaintiff |
| | CHRISTOPHER NOLAN |
| 5 | |
| 6 | **BOWMAN AND BROOKE LLP** |
| | Richard L. Stuhlbarg (SBN 180631) |
| 7 | 970 West 190th Street, Suite 700 |
| | Torrance, CA 90502 |
| 8 | Telephone: (310) 768-3068 |
| | Facsimile: (310) 719-1019 |
| 9 | E-mail: efileporsche@bowmanandbrooke.com |
| 10 | **BOWMAN AND BROOKE LLP** |
| | Jason A. Jacobs (SBN 330879) |
| 11 | 402 W. Broadway, Ste. 1350 |
| | San Diego, CA 92101 |
| 12 | Telephone: (619) 376-2500 |
| | Facsimile: (619) 376-2501 |
| 13 | |
| 14 | Attorneys for Defendant |
| | PORSCHE CARS NORTH AMERICA INC,. |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NOLAN, an individual, | Case No.: 8:25-cv-00631-DOC-KES |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| PORSCHE CARS NORTH AMERICA INC., a Delaware Corporation | |
| Defendant. | |

Plaintiff CHRISTOPHER NOLAN ("Plaintiff") and Defendant PORSCHE CARS NORTH AMERICA INC., ("Defendant") (collectively "the Parties"), hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled in principle, and to request 60 days in which to formalize the settlement and perform all actions required by the Parties under the terms of the settlement.

DATED: 6/6/2025					LAW OFFICE OF
							QUINTIN G. SHAMMAM

							By: /s/ Quintin G. Shammam
							QUINTIN G. SHAMMAM,
							Attorney for Plaintiff CHRISTOPHER NOLAN

DATED: 6/6/2025					BOWMAN AND BROOKE LLP


							By: /s/ Jason Jacobs
							Jason Jacobs
							Rischard Stuhlbarg
							Attorneys for Defendant
							Porsche Cars North America, Inc.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 for the United States District Court for the Central District of California, I hereby certify that authorization for the submitting of this document has been obtained from each of the other signatories shown above and that all signatories concur in the document's content.

/s/ Quintin G. Shammam
Quintin G Shammam